UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAVID CHRISTIE                                                        PETITIONER

V.                                              CIVIL ACTION NO. 3:25-CV-162-DPJ-ASH

BUREAU OF PRISONS, ET AL.                                            RESPONDENT

ORDER

David Christie, a federal prisoner housed at the Federal Correctional Complex in Yazoo City, Mississippi, filed this petition for a writ of mandamus under 28 U.S.C. § 1361 on March 3, 2025.  Pet. [1] at 1.  On October 31, 2025, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [14].  Judge Harris recommends that the petition be denied.  R&R [14] at 1.  Christie did not file an objection, and the time to do so has passed.  *See id.* at 4 (informing Christie that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).  Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [14] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court.  Consistent with the Report and Recommendation, Petitioner's petition [1] is denied without prejudice.  A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 21st day of November, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE